No. 81–1642. BEST INVESTMENT CO. *v.* CITY OF DALLAS ET AL. Appeal from D. C. N. D. Tex. dismissed for want of jurisdiction.

No. 80–5861. WILLIAMS *v.* LUCKY. Ct. Civ. App. Tex., 5th Sup. Jud. Dist. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Mills* v. *Habluetzel, ante,* p. 91.

No. 80–6701. ROSS *v.* REED ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Engle* v. *Isaac, ante,* p. 107, and *United States* v. *Frady, ante,* p. 152.

No. 81–1056. WASHINGTON *v.* MYERS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Engle* v. *Isaac, ante,* p. 107, and *United States* v. *Frady, ante,* p. 152.

No. A–852 (81–1867). COHEN *v.* KENTUCKY BAR ASSN. Sup. Ct. Ky. Application for continuation of stay, presented to JUSTICE BRENNAN, and by him referred to the Court, denied.

No. 80–2162. RAMAH NAVAJO SCHOOL BOARD, INC., ET AL. *v.* BUREAU OF REVENUE OF NEW MEXICO. Ct. App. N. M. [Probable jurisdiction noted, 454 U. S. 1079.] Motion of the Solicitor General for leave to file a supplemental brief as *amicus curiae* denied.